FILED UNDER SEAL

## SCHEDULE A TO VERIFIED COMPLAINT

### Group 1: Accused Products Sold on Amazon.com

| Def. No. | Amazon Seller Name | Amazon Seller ID No. | ASIN PRODUCT NUMBER | Ex |
|---|---|---|---|---|
| 1 | CARPE DÍEM products | A2IUZQR6F35ZK7 | B0BZTGGG23 | B |
| 2 | glexal-chanel | AVT9NP0I55HB7 | B0B8WRPVJH | b |
| 3 | FengQiLinLang | A3CMJ53MF27LJ3 | B09LCHNK1T | c |
| 4 | HMYBAR | A2DRGEG36H5Y20 | B0D8F2HDRQ | b |
| 5 | KURTEP Direct | A2PSP0H8YSO7Y7 | B0D2CM8C5Y | b |
| 6 | Merito Drinkware | A2JBR6ZSXKVIO4 | B09YKNP9B9 | b |
| 7 | Moskiboly US | A3G3QDDEFSM9S3 | B0B68HTHXZ | c |
| 8 | Poppyology | A3ADYQB90O83G | B09VFR7M26 | c |
| 9 | Ruihailu | A25BOKRFXR3NWL | B09Q5ZYCK2 | b |
| 10 | BARREL & LEAF | A3O8HSUVYR2ZZX | B0CTN1PJ4Y | C |
| 11 | THINKBIG MALL | A24ZZ6CHAAWEJA | B0D8HZF9PQ | b |
| 12 | THOMSELEUS | A2GWNN4OTZXPJZ | B09Q36G24Q | b |
| 13 | Kikea Store | AOJILVU63R02 | B0DDSTQDQW | b |
| 14 | Hyper Bloom | A1L6QNSOOUZIDQ | B0D88ZR8VW | c |
| 15 | KPALAG | AI8755T6KQ1R8 | B0BVM4Q6BR | b |
| 16 | HMYBAR | A2DRGEG36H5Y20 | B0D8F2HDRQ | b |

FILED UNDER SEAL

| | | | | |
|---|---|---|---|---|
| 17 | CLC GLOBAL USA LLC | A3T7AX2SUBMKIL | B0CN7YPW5S | B |
| 18 | JPEC LLC | A3DAVLX4F5WVAO | B0CCX7HLSH | D |
| 19 | Dignity Boutique | A15CW7NRR0SVVU | B0BXNR2X41 | c |
| 20 | Hayden Oak | A1ZJ3QRNRE4SI0 | B0C5W7WVCP | c |
| 21 | Escaloneta | AKUNLQQ8WMWEM | B0CY6BN9HK | b |

## Group 2: Accused Products Sold on Temu.com

| Def. No. | Temu Seller Name | Temu Seller ID No. | Product ID | Ex |
|---|---|---|---|---|
| 22 | GOG Green | 6150105691219 | 601099519768649<br>601099714564003 | b |
| 23 | YU CONG | 634418214597549 | 601099564336047 | b |
| 24 | Golden Autumn October Event | 634418215897180 | 601099666965471 | b |
| 25 | Fadanny | 634418211294623 | 601099598307801 | b |
| 26 | AAA Outdoor | 634418210875963 | 601099537268313 | b |
| 27 | Art water cup | 634418213546462 | 601099686754183 | b |
| 28 | Dorkanai | 634418214048009 | 601099599366567 | b |
| 29 | Ninemine INC | 634418211197557 | 601099555351560 | b |
| 30 | Whisdrink | 5117375798353 | 601099592978396<br>601099685546971 | b |
| 31 | Xalen | 634418215434987 | 601099673774673 | b |
| 32 | J30655'shop | 634418210625550 | 601099687292039 | b |
| 33 | ANNONS | 634418212093430 | 601099536552803 | b |
| 34 | Song Lake | 35941566120 | 601099687584173 | b |
| 35 | Legendary instrument | 634418211842521 | 601099615769316 | b |
| 36 | PonamfoBest | 634418215635427 | 601099582423482 | b |
| 37 | HK Atti | 634418211362971 | 601099525222317<br>601099714587086 | b |
| 38 | Qiaomi Shop | 634418210403311 | 601099587679653 | b |
| 39 | HOOLYUK | 634418211159746 | 601099543366123 | b |

2

|    |                         |                 |                 |    |
|----|-------------------------|-----------------|-----------------|----|
| 40 | The Life of Design      | 634418217859631 | 601099698760873 | b  |
| 41 | Joyful Home Mall        | 634418217389974 | 601099685287859 | bb |
| 42 | Yufan Business Mall     | 634418217859819 | 601099685490217 | b  |
| 43 | Basic Supply            | 634418213149606 | 601099709833577 | b  |
| 44 | wwllt                   | 634418216142357 | 601099706245246 | b  |
| 45 | caleforra               | 634418218336470 | 601099706902847 | b  |
| 46 | CRILANO                 | 634418213150331 | 601099631637814 | b  |
| 47 | private cipher          | 634418217201730 | 601099726885624 | b  |
| 48 | BIHAIT                  | 4947439556041   | 601099610663784 | b  |
| 49 | Cuddling Under The Stars| 634418214029724 | 601099742678519 | b  |
| 50 | Comfort Under           | 634418210636175 | 601099741072597 | b  |
| 51 | Art shopping            | 634418216711240 | 601099620653626 | b  |

### Group 3: Accused Products Sold on Walmart.com

| Def. No. | Walmart Seller Name     | Walmart Seller ID No. | Product ID             | Ex |
|----------|-------------------------|-----------------------|------------------------|----|
| 52       | Uarter Household Store  | 10008371              | 1252061599             | b  |
| 53       | BLUE GRASS              | 101209568             | 5974161649             | b  |
| 54       | OGEDNAC                 | 101215979             | 3034913721             | b  |
| 55       | ROMUCHE                 | 101182291             | 5274115870             | b  |
| 56       | Outlet RS               | 101283063             | 2478069634 2622891276  | b  |
| 57       | Biobubana Direct        | 101348908             | 5043368684             | b  |
| 58       | DOMETOUR                | 101072118             | 9210513313             | b  |
| 59       | HualinWM store          | 101176611             | 3874804970             | b  |
| 60       | Yiwu Rican EC Co., Ltd. | 101180308             | 1753450347             | b  |
| 61       | SLOK                    | 101595361             | 5460310178             | b  |

### Group 4: Accused Products Sold on Ebay.com

| Def. No. | Ebay Seller Name | Ebay Seller ID No. | Product ID | Ex |
|---|---|---|---|---|
| 62 | beautiful1001 | beautiful1001 | 176514567941 | b |
| 63 | do2top | do2top | 326170125601 | c |
| 64 | BBQ-Steak-Factory | BBQ-Steak-Factory | 204044653877 | d |
| 65 | Global Village Mall | Global Village Mall | 387536707676 | b |
| 66 | jiumy1005 | jiumy1005 | 395756434250 | b |
| 67 | Pedeu_21 | Pedeu_21 | 365158748793 | b |
| 68 | Pestew Store | pestew_0 | 315842876787 | b |
| 69 | RunLulaRun | RunLulaRun | 186736533134 | c |
| 70 | shnoopshop | shnoopshop | 405030385259 | c |
| 71 | silver2355 | silver2355 | 395277050495 | b |
| 72 | timu-group | timu-group | 155958710704 | b |
| 73 | TomasP | TomasP | 156360977310 | d |

### Group 5: Accused Products Sold on AliExpress.com

| Def. No. | AliExpress Seller Name | AliExpress Seller ID No. | Product ID | Ex |
|---|---|---|---|---|
| 74 | JR Bar Supplies Store | 2415005 | 3256804121182694 | b |
| 75 | Real Buy Buy Store | 1103855020 | 3256807073600831 | b |
| 76 | Appeal Store | 912229444 | 3256806057778274 | b |
| 77 | Homeland Store | 1100186177 | 3256806068074946 3256805610678114 | b |
| 78 | Hysen Store | 1100317046 | 3256804306134167 | b |
| 79 | RYRA Factory Direct Store | 110275036 | 3256806236985090 | b |
| 80 | Easydream Store | 5050290 | 3256805609908165 | b |
| 81 | XiaoHE Kitchen Store | 1102400315 | 3256805995863653 | b |
| 82 | Secret Life Store | 5798371 | 3256806454102265 3256805615208159 | b |
| 83 | AliExpress Store | 910347369 | 3256804848864931 3256805989368563 | b |

| | | | | |
|---|---|---|---|---|
| 84 | Lemaw Store | 1100031103 | 3256805436112910 | b |
| 85 | Boutique Home Furnishings. Store | 1103207972 | 3256806076831173<br>3256806076857984<br>3256806087151171<br>3256806009476745 | b |
| 86 | Choice Specialty Store | 1102763574 | 3256806421743287 | b |
| 87 | Global Home Store | 1100257074 | 3256803957123441 | b |
| 88 | GlasswareBarware Stuff Store | 1100124127 | 3256804121207918 | b |
| 89 | Shop1104001944 Store | 1104001944 | 3256807561442429 | b |
| 90 | Rice Store | 912346223 | 3256805908650621<br>3256805121319797 | b |
| 91 | XiaoMjia Store | 1102680443 | 3256807282207305 | b |
| 92 | Wiener Home Life Store | 912673041 | 3256807016058098 | b |
| 93 | HomeGardenn Store | 1102139319 | 3256805615651777 | b |
| 94 | Unoflo Home Store Store | 1102800746 | 3256806135687599<br>3256806135579129 | b |
| 95 | YaHi Home Store | 1100188017 | 3256804879942579 | b |
| 96 | Shop1102856948 Store | 1102856948 | 3256806499175985 | b |
| 97 | SENON BARWARE Store | 912056023 | 3256805775256806 | b |
| 98 | Marke Store | 1103916064 | 3256807502217586 | b |
| 99 | Happiness Kitchenware Store | 912025537 | 3256807286977490 | b |
| 100 | DailyHouse Store | 1102682381 | 3256805642976608 | b |
| 101 | MTOTM PRO Store | 1102665199 | 3256807434886222 | b |
| 102 | EhomeLiving Store | 911813270 | 3256807690594372 | b |
| 103 | Samyoung Official Store | 1100352530 | 3256804637122450 | b |
| 104 | Shop1103810176 Store | 1103810176 | 3256807265344751 | b |
| 105 | CosyHomee Store | 1102110416 | 3256805610815436<br>3256807690224883 | b |

5

FILED UNDER SEAL

| | | | | |
|---|---|---|---|---|
| 106 | Smile Life-Home Store | 1102732015 | 3256806164293149 | b |
| 107 | VERDIOS PRO Store | 912250313 | 3256804412713081 | |