IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-CV-2080-CMH-LRV |

**CORRECTED NOTICE OF VOLUNTARY DISMISSAL**
**UNDER FRCP 41**

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 55 ROMUCHE without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement. Plaintiff requests the Court to Order Walmart.com to release this defendant with seller ID 101182291from the injunction placed on its account.

Executed on February 26, 2025

                                            Respectfully submitted,
                                            __/s/__ Kendal M. Sheets

Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the February 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

                                                \_\_/s/\_\_Kendal M. Sheets
                                                By:  Kendal M. Sheets
                                                Virginia bar number 44537