IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC<br>a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-CV-2080-CMH-LRV |

NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 97 SENON BARWARE Store without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure.  The Defendant has neither answered nor filed a motion for summary judgement.  Plaintiff requests the Court to Order AliExpress.com to release this defendant with seller ID 912056023 and product ID 3256805775256806 from the injunction placed on its account.

Executed on March 4, 2025

                                          Respectfully submitted,
                                          __/s/__ Kendal M. Sheets
                                          Kendal Sheets (VSB No. 44537)
                                          ksheets@dnlzito.com
                                          Tel: 703-489-8937
                                          Joseph J. Zito (*pro hac vice*)
                                          jzito@dnlzito.com
                                          Tel. (202) 466-3500
                                          DNL ZITO CASTELLANO PLLC
                                          1250 Connecticut Avenue, NW
                                          Suite 700
                                          Washington, DC 20036
                                          Fax: (703) 997-7534

                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the March 4, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

    /s/   Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537