IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC a Virginia Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br><br> THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br> Defendants. | Civil Action No. 1:24-CV-2080-CMH-LRV |

NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 21 Escaloneta without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement. Plaintiff requests the Court to Order Amazon.com to release this defendant with seller ID 9120 AKUNLQQ8WMWEM and product ID B0CY6BN9HK from the injunction placed on its account.

Executed on March 7, 2025

                                                      Respectfully submitted,
                                                      __/s/__ Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the March 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

    /s/  Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537