IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| THOUSAND OAKS BARREL CO. LLC a Virginia Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Civil Action No. 1:24-CV-2080-CMH-LRV |

NOTICE OF VOLUNTARY DISMISSAL
UNDER FRCP 41

Plaintiff hereby voluntarily dismisses the above action against the Defendant No. 33 ANNONS without prejudice, pursuant to Rule 41(a)(1)(a)(i) of the Federal Rules of Civil Procedure. The Defendant has neither answered nor filed a motion for summary judgement. Plaintiff requests the Court to Order Temu.com to release this defendant with seller ID 634418212093430 from the injunction placed on its account.

Executed on March 12, 2025

        Respectfully submitted,
        __/s/__ Kendal M. Sheets
        Kendal Sheets (VSB No. 44537)
        ksheets@dnlzito.com
        Tel: 703-489-8937
        Joseph J. Zito (*pro hac vice*)
        jzito@dnlzito.com
        Tel. (202) 466-3500
        DNL ZITO CASTELLANO PLLC
        1250 Connecticut Avenue, NW
        Suite 700
        Washington, DC 20036
        Fax: (703) 997-7534

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the March 12, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record in this case.

    /s/  Kendal M. Sheets
By:  Kendal M. Sheets
Virginia bar number 44537