**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>       **Defendants.** | **Civil Action No. 1:24-cv-2080- CMH-LRV** |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff Thousand Oaks Barrel Co. hereby files this Motion for Default Judgment against the following Schedule A Defendants:

| Def. # | Defendant Name |
|---|---|
| 3 | FengQiLinLang |
| 7 | Moskiboly US |
| 9 | Ruihailu |
| 10 | BARREL & LEAF |
| 12 | THOMSELEUS |
| 14 | Hyper Bloom |
| 19 | Dignity Boutique |
| 22 | GOG Green |
| 23 | YU CONG |
| 24 | Golden Autumn October Event |
| 25 | Fadanny |
| 32 | J30655'shop |
| 35 | Legendary instrument |

1

| 37 | HK Atti |
|---|---|
| 38 | Qiaomi Shop |
| 45 | caleforra |
| 46 | CRILANO |
| 47 | private cipher |
| 48 | BIHAIT |
| 50 | Comfort Under |
| 57 | Biobubana Direct |
| 59 | HualinWM store |
| 63 | do2top |
| 70 | shnoopshop |
| 74 | JR Bar Supplies Store |
| 75 | Real Buy Buy Store |
| 76 | Appeal Store |
| 78 | Hysen Store |
| 79 | RYRA Factory Direct Store |
| 81 | XiaoHE Kitchen Store |
| 83 | AliExpress Store |
| 84 | Lemaw Store |
| 85 | Boutique Home Furnishings. Store |
| 86 | Choice Specialty Store |
| 87 | Global Home Store |
| 88 | GlasswareBarware Stuff Store |
| 89 | Shop1104001944 Store |
| 90 | Rice Store |
| 91 | XiaoMjia Store |
| 92 | Wiener Home Life Store |
| 94 | Unoflo Home Store Store |
| 95 | YaHi Home Store |
| 96 | Shop1102856948 Store |
| 98 | Marke Store |
| 99 | Happiness Kitchenware Store |
| 100 | DailyHouse Store |
| 101 | MTOTM PRO Store |
| 103 | Samyoung Official Store |

| 104 | Shop1103810176 Store |
| 106 | Smile Life-Home Store |
| 107 | VERDIOS PRO Store |

An accompanying Brief in Support is filed herewith.

A warning in compliance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975) is attached to this motion.

A draft order is also attached to this motion.

Date: April 9, 2025

Respectfully submitted,

__/s/__ Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO CASTELLANO PLLC
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will serve all counsel of record in this case.


                __/s/__ Kendal M. Sheets
                By:  Ken Sheets
                Virginia bar number 44537