**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC** a Virginia Limited Liability Company, **Plaintiff,** v. **THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,** **Defendants.** | **Civil Action No. 1:24-cv-2080- CMH-LRV** |

**PLAINTIFF'S *ROSEBORO* WARNING TO DEFAULTING DEFENDANTS**

In compliance with Local Civil Rule 7(K), Plaintiff provides the following warning to the Schedule A Defendants in default in this action:

(1) The pro se party is entitled to file a response opposing the motion and that any such response must be filed within twenty-one (21) days of the date on which the dispositive or partially dispositive motion is filed; and

(2) The Court could dismiss the action on the basis of the moving party's papers if the pro se party does not file a response; and

(3) The pro se party must identify all facts stated by the moving party with which the pro se party disagrees and must set forth the pro se party's version of the facts by offering affidavits (written statements signed before a notary public and under oath) or by filing sworn statements (bearing a certificate that it is signed under penalty of perjury); and

(4) The pro se party is also entitled to file a legal brief in opposition to the one filed by the moving party.

1