**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>       **Defendants.** | **Civil Action No. 1:24-cv-2080- CMH-LRV** |

**[DRAFT] ORDER**

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Lindsey R. Vaala.  Having reviewed the record and Judge Vaala's Recommendation, and finding good cause to do so, the Court will adopt the Recommendation. Accordingly, it is hereby

ORDERED that the Recommendation is APPROVED and ADOPTED in full, and it is further

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED; and it is further

ORDERED that judgment by default in the sum of Plaintiff's lost profits, plus reasonable attorneys' fees and costs to be determined by the Court, is entered against Defendants in Plaintiff's favor; and it is further

ORDERED that Plaintiff shall file any motion for reasonable costs and attorneys' fees within fourteen (14) days of the date of this Order.

1

The Clerk is directed to enter judgment as set forth above pursuant to Rule 55 of the

Federal Rules of Civil Procedure.

**SO ORDERED.**

_____
Claude M. Hilton
United States District Judge

Dated: _____
Alexandria, Virginia