**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>**Defendants.** | **Civil Action No. 1:24-cv-2080- CMH-LRV** |

**DECLARATION OF BRYAN WEISBERG**

I, Bryan Weisberg, after first being duly sworn, declare under penalty of perjury that the following is true and correct:

1.      I am over the age of eighteen (18), and this Declaration is based on personal knowledge.

2.      I reside in Ashburn, Virginia and have resided in Virginia since 1999.

3.      I am the owner and CEO of Thousand Oaks Barrel Co. LLC ("Thousand Oaks"), the company I founded in Virginia in 1999.  My office is located at the Thousand Oaks Barrel Co. headquarters at 9113 Euclid Avenue in Manassas, Virginia, 20110.

4.      Thousand Oaks began marking its Foghat Cocktail Smoker products being sold under its exclusive patent rights for U.S. Patent No. 11,744,256 (the "'256 Patent"), entitled "Device and Method for Imparting Smoked Flavors to Beverages and Foodstuffs" on September 6, 2023, which is the day after patent was granted on September 5, 2023.

1

5.     I have overseen the licensing of Thousand Oaks' patent rights for the design patent U.S. Patent No. D944,594 (the "'D594 Patent") titled "Smoker Device," in the prior Schedule A case *TOB LLC v. The Partnerships, etc.*, Case No. 1:23-cv-3378 (D. Ill. May 30, 2023), to which Thousand Oaks is the exclusive licensee.  Approximately 80 licenses were acquired from defendants in that case.

6.     I have also overseen the licensing of Thousand Oaks' patent rights to United States Patent No. 11,744,256 (the "'256 Patent")in the current case and in the related cases *Thousand Oaks Barrel Co. LLC v. The Partnerships, etc.*, Case No. 1:23-cv-1560 (E.D. Va. Nov. 11, 2023), *Thousand Oaks Barrel Co. LLC v. The Partnerships, etc.*, Case No. 1:23-cv-1563 (E.D. Va. Nov. 11, 2023),  and *Thousand Oaks Barrel Co. LLC v. The Unincorporated Associations, etc.*, Case No. 1:24-cv-958 (E.D. Va. Nov. 20, 2024), to which Thousand Oaks is the exclusive licensee.  Thousand Oaks has granted approximately 250 licenses to the '256 Patent to Schedule A Defendants. Most of the licensees paid five dollars per unit sold since the grant of the patent on March 1, 2022, which is the date when Thousand Oaks began marking its Foghat Cocktail Smoker products for this patent.

7.     Based on my knowledge of the industry, from negotiating licenses for the previous cases, and from negotiating licenses in the current case, I believe a reasonable royalty for the remaining Schedule A Defendants should be five dollars per infringing unit for the defendants for which I have collected sales unit volume information from the online sales platforms.

8.     In response to discovery requests in this case by Thousand Oaks' counsel, Amazon.com, Temu.com, Walmart.com, Ebay.com ,and AliExpress.com provided Thousand

Oaks with contact and sales information for the Schedule A defendants.  The information from these online platforms was provided in Excel Worksheet format with multiple tabs, which is too large to print out and submit here.  I attest that the data in the tables below are true and correct copies of the data contained in the Amazon.com, Temu.com, Walmart.com, Ebay.com ,and AliExpress.com worksheets relating to each of the remaining Schedule A Defendants in this case. If the Court wishes to review a copy of these worksheets, Thousand Oaks can provide it to the Court in original electronic form. AliExpress.com was the only sales platform that did not, and told us would not, send individual unit volume sales data in response to Thousand Oaks' discovery requests.  Instead, AliExpress.com sent only financial data of the amount of funds locked in each defendant's merchant account due to the TRO hold.

9.      I believe that for the remaining defendants from Amazon.com, Temu.com, Walmart.com, Ebay.com, I can calculate a reasonable royalty since I have the volume of accused units sold by each defendant provided by the platforms.  For AliExpress.com, since calculating a royalty owed is not possible due to the lack of sales unit volume data, I believe Thousand Oaks is due lost profits.  I understand that to show lost profits, Thousand Oaks needs to show that there was a demand for the patented product, that there were no non-infringing acceptable alternatives, that Thousand Oaks had the marketing and manufacturing capacity to satisfy demand, and that Thousand Oaks can establish the amount of profit it would have made if the defendants had not infringed.

10.      First, there was, and always has been since launched, a great demand for the Foghat Cocktail Smoker. When Thousand Oaks launched the product in 2019 on Amazon.com, it was quickly named as one of the top ten fastest growing products in all of Amazon. It has sold millions of units since its launch. The infringers number in the thousands, many of whom have

either been licensed by Thousand Oaks or put out of business due to court injunctions.  Thousand Oaks still sells the Foghat smoker through Amazon.com and wholesale to numerous online ecommerce retailers.

11.    Second, there are no acceptable non-infringing alternatives to the Foghat cocktail smoker. Any cocktail smoker intended to sit on a glass with an extension into the interior of the drinking glass would infringe our patent. Other cocktail smoker devices that sit on top of a glass that do not extend into the glass and that are for sale on Amazon.com and other platforms are dangerous and a fire hazard.  The other devices can easily be slid off or knocked off of a glass, and if that occurred while the fuel is on fire, would create a dangerous fire hazard.  None of those devices have the safety features designed into the Foghat such as, instead of having a flat bottom sitting on a glass rim, the lower conduit of the Thousand Oaks smoker extends down into the glass.  This reduces a fire hazard by having the center chamber that holds the wood chip fuel recessed into the glass so that if the smoker is bumped or moved, the extended chamber would stop against the inside of the glass.  This was an important safety feature since the other types of cocktail smokers can flame up out of the smoker and spit wood chips and embers out of the device, obviously creating a fire hazard. These type of smoker devices that easily slide off of a glass are especially dangerous when used at a cocktail bar where there are high-proof (*i.e.* flammable) alcohol bottles sitting nearby on the bar. Any buyer that wants the features of the Thousand Oaks cocktail smoker would not purchase the flat-bottomed cocktail smoker.  In addition, Thousand Oaks produces its Foghat smokers with established methods for high equality of the wood and finished product. Cheaper knock-offs use cheaper wood that burns more easily and glue that melts more easily when exposed to high temperatures, causing the knock-offs to disintegrate while on fire.  The knock-offs therefore can be dangerous to use

4

12.    Third, Thousand Oaks has always marketed and manufactured its own Foghat cocktail smokers and has the capacity to manufacture in its own facilities any volume of order it has received.

13.    Fourth, Thousand Oaks sells our Foghat Cocktail Smoker for $39.99 on Amazon.com.  Our profit selling on Amazon is 50 points, meaning 50 percent. Thus, our profit for each Foghat Cocktail Smoker sale is 19.99, which is a 50% profit margin.

14.    The following sales data for units sold for the Defaulting Defendants is a true and correct copy of sales data received in this case from Amazon.com, Temu.com, Walmart.com, and Ebay.com.  I have made calculations for royalties based on $5.00 per infringing unit sold for Amazon.com, Temu.com, Walmart.com, and Ebay.com.

| Def. # | Seller Name (Sch. A) | Seller_ID | Infringing Units Sold | Calculated Royalty ($US) |
|---|---|---|---|---|
| 3 | FengQiLinLang | A3CMJ53MF27LJ3 | 143 | $715.00 |
| 7 | Moskiboly US | A3G3QDDEFSM9S3 | 2963 | $14,815.00 |
| 9 | Ruihailu | A25BOKRFXR3NWL | 0 | $0.00 |
| 10 | BARREL & LEAF | A3O8HSUVYR2ZZX | 1 | $5.00 |
| 12 | THOMSELEUS | A2GWNN4OTZXPJZ | 0 | $0.00 |
| 14 | Hyper Bloom | A1L6QNSOOUZIDQ | 72 | $360.00 |
| 19 | Dignity Boutique | A15CW7NRR0SVVU | 296 | $1,480.00 |
| 22 | GOG Green | 6150105691219 | 11 | $55.00 |
| 23 | YU CONG | 634418214597549 | 140 | $700.00 |
| 24 | Golden Autumn October Event | 634418215897180 | 11 | $55.00 |
| 25 | Fadanny | 634418211294623 | 1 | $5.00 |
| 32 | J30655'shop | 634418210625550 | 63 | $315.00 |
| 35 | Legendary instrument | 634418211842521 | 68 | $340.00 |
| 37 | HK Atti | 634418211362971 | 13 | $65.00 |
| 38 | Qiaomi Shop | 634418210403311 | 94 | $470.00 |
| 45 | caleforra | 634418218336470 | 0 | $0.00 |

| 46 | CRILANO | 634418213150331 | 8 | $40.00 |
|---|---|---|---|---|
| 47 | private cipher | 634418217201730 | 1 | $5.00 |
| 48 | BIHAIT | 4947439556041 | 42 | $210.00 |
| 50 | Comfort Under | 634418210636175 | 0 | $0.00 |
| 57 | Biobubana Direct | 10001368266 | 20 | $100.00 |
| 59 | HualinWM store | 10001195973 | 28 | $140.00 |
| 63 | do2top | 1496799281 | 9 | $45.00 |
| 70 | shnoopshop | 2626309677 | 2 | $10.00 |

15.  I have also made calculations of damages from Defaulting Defendants that sell on Amazon.com, Temu.com, Walmart.com, and Ebay.com based on the lost profits of Thousand Oaks. The table below lists Defaulting Defendant's per-unit sales except the damages owed to Thousand Oaks are calculated using a lost profit of $19.99 for each infringing sale by the Defaulting Defendants.

| Def. # | Seller Name (Sch. A) | Seller_ID | Infringing Units Sold | Calculated Lost Profits ($US) |
|---|---|---|---|---|
| 3 | FengQiLinLang | A3CMJ53MF27LJ3 | 143 | 2858.57 |
| 7 | Moskiboly US | A3G3QDDEFSM9S3 | 2963 | 59230.37 |
| 9 | Ruihailu | A25BOKRFXR3NWL | 0 | 0 |
| 10 | BARREL & LEAF | A3O8HSUVYR2ZZX | 1 | 19.99 |
| 12 | THOMSELEUS | A2GWNN4OTZXPJZ | 0 | 0 |
| 14 | Hyper Bloom | A1L6QNSOOUZIDQ | 72 | 1439.28 |
| 19 | Dignity Boutique | A15CW7NRR0SVVU | 296 | 5917.04 |
| 22 | GOG Green | 6150105691219 | 11 | 219.89 |
| 23 | YU CONG | 634418214597549 | 140 | 2798.6 |
| 24 | Golden Autumn October Event | 634418215897180 | 11 | 219.89 |
| 25 | Fadanny | 634418211294623 | 1 | 19.99 |
| 32 | J30655'shop | 634418210625550 | 63 | 1259.37 |
| 35 | Legendary instrument | 634418211842521 | 68 | 1359.32 |
| 37 | HK Atti | 634418211362971 | 13 | 259.87 |

| 38 | Qiaomi Shop | 634418210403311 | 94 | 1879.06 |
| 45 | caleforra | 634418218336470 | 0 | 0 |
| 46 | CRILANO | 634418213150331 | 8 | 159.92 |
| 47 | private cipher | 634418217201730 | 1 | 19.99 |
| 48 | BIHAIT | 4947439556041 | 42 | 839.58 |
| 50 | Comfort Under | 634418210636175 | 0 | 0 |
| 57 | Biobubana Direct | 10001368266 | 20 | 399.8 |
| 59 | HualinWM store | 10001195973 | 28 | 559.72 |
| 63 | do2top | 1496799281 | 9 | 179.91 |
| 70 | shnoopshop | 2626309677 | 2 | 39.98 |

16. AliExpress.com only provided Thousand Oaks with a total amount of balance in each seller's US Account that were the result of the net profit of infringing units sold.  AliExpress specifically wrote to our lawyer that it would not provide the number of units sold. Therefore, I made a calculation for reasonable royalties of five dollars per unit by determining the units sold by each Defaulting Defendant based on each defendant's retail selling price and a 50% profit margin (the same margin that Thousand Oaks receives.) This results in a number of units sold, which I then multiplied by $5.00 royalty rate. The blank spaces in the table are the result of a seller having no balance in its account at the time of the TRO freeze.

| Def. # | Seller Name (Sch. A) | Total Net Funds of Infringing Units Sold | Retail Price of Infringing Unit($) | Estimated # Units Sold Using 50% Profit Margin | Calculated Royalties ($) |
|---|---|---|---|---|---|
| 74 | JR Bar Supplies Store | $3924.23 | 0.99 | 7927 | $39,635 |
| 75 | Real Buy Buy Store | | | | |
| 76 | Appeal Store | $226.81 | 0.99 | 548 | 2740 |
| 78 | Hysen Store | | | | |
| 79 | RYRA Factory Direct Store | | | | |
| 81 | XiaoHE Kitchen Store | | | | |

7

| 83 | AliExpress Store | $128.72 | 1.86 | 138 | 690 |
| 84 | Lemaw Store | $108.23 | 2.12 | 102 | 510 |
| 85 | Boutique Home Furnishings. Store | | | | |
| 86 | Choice Specialty Store | | | | |
| 87 | Global Home Store | $1137.15 | 0.99 | 2297 | 11485 |
| 88 | GlasswareBarware Stuff Store | $3411.57 | 1.26 | 5415 | 27075 |
| 89 | Shop1104001944 Store | $1570.51 | 0.99 | 3172 | 15860 |
| 90 | Rice Store | $321.11 | 1.48 | 433 | 2165 |
| 91 | XiaoMjia Store | | | | |
| 92 | Wiener Home Life Store | $88.56 | 5.64 | 31 | 155 |
| 94 | Unoflo Home Store Store | | | | |
| 95 | YaHi Home Store | | | | |
| 96 | Shop1102856948 Store | | | | |
| 98 | Marke Store | | | | |
| 99 | Happiness Kitchenware Store | $40.70 | 0.99 | 82 | 410 |
| 100 | DailyHouse Store | | | | |
| 101 | MTOTM PRO Store | $98.91 | 0.99 | 200 | 1000 |
| 103 | Samyoung Official Store | | | | |
| 104 | Shop1103810176 Store | | | | |
| 106 | Smile Life-Home Store | | | | |
| 107 | VERDIOS PRO Store | $397.52 | 9.79 | 81 | 405 |

17.    The table below lists that same data from sellers except the damages owed to Thousand Oaks are calculated using a lost profit of $19.99 for each infringing sale by the defendants.

8

| Def. # | Seller Name (Sch. A) | Infringing Units Sold | Calculated Lost Profits ($US) |
|---|---|---|---|
| 74 | JR Bar Supplies Store | 7927 | 158460.7 |
| 75 | Real Buy Buy Store | | |
| 76 | Appeal Store | 548 | 10954.52 |
| 78 | Hysen Store | | |
| 79 | RYRA Factory Direct Store | | |
| 81 | XiaoHE Kitchen Store | | |
| 83 | AliExpress Store | 138 | 2758.62 |
| 84 | Lemaw Store | 102 | 2038.98 |
| 85 | Boutique Home Furnishings. Store | | |
| 86 | Choice Specialty Store | | |
| 87 | Global Home Store | 2297 | 45917.03 |
| 88 | GlasswareBarware Stuff Store | 5415 | 108245.9 |
| 89 | Shop1104001944 Store | 3172 | 63408.28 |
| 90 | Rice Store | 433 | 8655.67 |
| 91 | XiaoMjia Store | | |
| 92 | Wiener Home Life Store | 31 | 619.69 |
| 94 | Unoflo Home Store Store | | |
| 95 | YaHi Home Store | | |
| 96 | Shop1102856948 Store | | |
| 98 | Marke Store | | |
| 99 | Happiness Kitchenware Store | 82 | 1639.18 |
| 100 | DailyHouse Store | | |
| 101 | MTOTM PRO Store | 200 | 3998 |
| 103 | Samyoung Official Store | | |

9

| | | | |
|---|---|---|---|
| 104 | Shop1103810176 Store | | |
| 106 | Smile Life-Home Store | | |
| 107 | VERDIOS PRO Store | 81 | 1619.19 |

18     I believe reasonable compensation to Thousand Oaks for bringing this lawsuit are the amounts listed above from each defendant for lost profits, or at a minimum reasonable royalties.  In addition, Thousand Oaks should be compensated for its attorneys' fees and its expenses and costs to bring this lawsuit.

I certify declare under penalty of perjury that the foregoing is true and correct:

Date: April 7, 2025                    Bryan Weisberg

10