**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

**THOUSAND OAKS BARREL CO. LLC
a Virginia Limited Liability Company,**

**Plaintiff,**

**v.**

**Civil Action No. 1:24-cv-2080- CMH-LRV**

**THE UNINCORPORATED ASSOCIATIONS
IDENTIFIED IN SCHEDULE A,**

**Defendants.**

**DECLARATION OF KENDAL SHEETS**

I, Kendal Sheets, after first being duly sworn, declare under penalty of perjury that the following is true and correct:

1.       I am over the age of eighteen (18), and this Declaration is based on personal knowledge.

2.       I reside in King George, Virginia and have resided in Virginia since 1999.

3.       I am an attorney of-counsel to the DNL Zito firm.  My office is located at the 1250 Connecticut Avenue, NW, Suite 700, Washington, DC 20036.

4.       I represent Thousand Oaks Barrel Co. LLC ("Thousand Oaks") in this action.

5.       Under the Court's Temporary Restraining Order (Docket No. 19), and on behalf of Thousand Oaks, I requested preliminary discovery from Amazon.com, Temu.com, Walmart.com, Ebay.com ,and AliExpress.com for contact and sales information of the defendants.

1

6.      In response, Amazon.com, Temu.com, Walmart.com, Ebay.com ,and AliExpress.com sent me Excel spreadsheets with the requested information. Amazon.com sent a spreadsheet filed named "Thousand 24-cv-958 Production - full.xlsx," Temu.com sent me a spreadsheet named "24-cv-2080.xlsx," Walmart.com sent me a spreadsheet named "wal mart THOUSAND OAKS BARREL CO. - 24-CV-2080_Sales Data.xlsx," Ebay.com sent me a file named "Thousand Oaks Barrel_24-cv-2080_Sales and Listing History.xlsx," and AliExpress.com sent me a filed named "24-2080-aliexpress.xlsx." If requested, I will provide the Court electronic copies of these spreadsheets to review, as they have multiple tabs, some with numerous columns that are too large to print out.

7.      In many instances, the Seller name in the Schedule A of defendants is only the storefront name of the defendant and not the name provided to Amazon.com for its contact information. A table that lists the actual names of the sellers in Schedule A that were provided to Thousand Oaks by Amazon.com in early discovery are attached to this Declaration as Table I. I attest that this information is a true and correct copy from the Amazon.com spreadsheet. The other sales platforms only list the seller names that are published publicly on their platforms.

8.      The sales data from the remaining defendants that are copied in Plaintiff's brief are the actual sales numbers received from the platforms listed above in paragraph 6.

9.      In Table I, the "Seller ID" is linked to the defendants' names using the Amazon Merchant ID, which is consistent between the Schedule A Seller names and the Amazon.com production names.

I certify declare under penalty of perjury that the foregoing is true and correct.

Date:  April 7, 2025                                  /s/ Kendal Sheets

                                                              Name: Kendal Sheets

TABLE I

| Def. # | Seller Name (Sch. A) | Amazon Seller_ID | Merchant_Name |
| --- | --- | --- | --- |
| 3 | FengQiLinLang | A3CMJ53MF27LJ3 | XiaMenFengQiLinLangWenHua ChuanMeiYouXianGongSi |
| 7 | Moskiboly US | A3G3QDDEFSM9S3 | ningboninaninuodianzishangwuy ouxiangongsi |
| 9 | Ruihailu | A25BOKRFXR3NWL | xiamenshitonganquruihailushang wudailifuwubu |
| 10 | BARREL & LEAF | A3O8HSUVYR2ZZX | Ayoola Moyosoluwa Mabinuori |
| 12 | THOMSELEUS | A2GWNN4OTZXPJZ | Yiwu Kaichen Maoyi Youxian Gongsi |
| 14 | Hyper Bloom | A1L6QNSOOUZIDQ | Shaikh Naveed Hassan |
| 19 | Dignity Boutique | A15CW7NRR0SVVU | Renee M. Douyon |