**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

|  |  |
|---|---|
| **THOUSAND OAKS BARREL CO. LLC**<br>**a Virginia Limited Liability Company,**<br><br>　　　　　**Plaintiff,**<br><br>**v.**<br><br><br>**THE UNINCORPORATED ASSOCIATIONS**<br>**IDENTIFIED IN SCHEDULE A,**<br><br>　　　　　**Defendants.** | **Civil Action No. 1:24-cv-2080- CMH-LRV** |

**PLAINTIFF'S SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFF'S MOTION
FOR DEFAULT JUDGMENT**

Plaintiff Thousand Oaks Barrel Co., through counsel, hereby files this Supplemental Briefing in Support of Plaintiff's Motion for Default Judgment, as Ordered by the Court in the May 2, 2025 Order (Dkt. No. 123.)  The Order listed three subjects for supplemental briefing, which are listed below in turn.

1. **A more fulsome explanation regarding Plaintiffs asserted $19.99 profit margin for Foghat Cocktail Smokers sold on Amazon.com.**

Thousand Oaks has decided to only seek a reasonable royalty from each defendant and not seek lost profits. Therefore, the Court does not need to determine lost profits calculations.

2. **Additional explanation and evidentiary support demonstrating that Plaintiff has**

1

**satisfied the four elements for lost profits damages in *Rite-Hite Corp. v. Kelley Co.*, 56 F.3d 1538, 1545 (Fed. Cir. 1995) and *Black & Decker (U.S.) Inc. v. Pro-Tech Power Inc.* , 26 F. Supp. 2d 834, 859 (E.D. Va. 1998) and is thus entitled to lost profits damages caused by Defendants' infringing sales.**

As stated in No. 1 above, Thousand Oaks has decided to only seek a reasonable royalty from each defendant and not seek lost profits. Therefore, the Court does not need to determine lost profits entitlement by Plaintiff.

3.  **Evidentiary support for Plaintiffs calculations of reasonable royalty and lost profits damages from Defendants that sell infringing products on AliExpress.com, including any financial or sales data produced by AliExpress.com in response to Plaintiffs discovery requests.**

Plaintiff has included Exhibit A as the Declaration No. 2 of Bryan Weisberg and Exhibit B containing raw data received by Plaintiff from AliExpress.com in response to early discovery requests.  As the Court can see, only the amount of funds frozen in the seller accounts are reported.  Counsel for Plaintiff demanded sales volumes as well, but the AliExpress in-house legal team refused to provide that data.

To simplify a calculation for a reasonable royalty from AliExpress sellers, Mr. Weisberg used the retail sales price of the products from the sellers, which was publicly displayed on the sellers' pages, and the total funds in the accounts. (Exh. A, ¶ 16.) He calculated the estimated units sold as the total net funds divided by the retail price.  For example, for Defendant #74, JR Bar Supplies Store, the table below shows the total funds are $3924.23 and the retail price is $0.99.  Dividing $3924.23 by $0.99 calculates to 3,965 units sold.  Mr. Weisberg then calculated

3,965 units sold multiplied by $5.00 to result in a $19,819.00 royalty.  The blank rows are sellers with no balance or a balance under $1.00 in their accounts.

| Def. # | Seller Name (Sch. A) | Total Net Funds of Infringing Units Sold | Retail Price of Infringing Unit($) | Estimated # Units Sold (Total Funds/Retail Price) | Calculated Royalties ($5.00/ unit) |
|---|---|---|---|---|---|
| 74 | JR Bar Supplies Store | $3924.23 | 0.99 | 3964 | $19,819 |
| 75 | Real Buy Buy Store | | | | |
| 76 | Appeal Store | $226.81 | 0.99 | 229 | $1,146 |
| 78 | Hysen Store | | | | |
| 79 | RYRA Factory Direct Store | | | | |
| 81 | XiaoHE Kitchen Store | | | | |
| 83 | AliExpress Store | $128.72 | 1.86 | 69 | $346 |
| 84 | Lemaw Store | $108.23 | 2.12 | 51 | $255 |
| 85 | Boutique Home Furnishings. Store | | | | |
| 86 | Choice Specialty Store | | | | |
| 87 | Global Home Store | $1137.15 | 0.99 | 1149 | $5,743 |
| 88 | GlasswareBarware Stuff Store | $3411.57 | 1.26 | 2708 | $13,538 |
| 89 | Shop1104001944 Store | $1570.51 | 0.99 | 1586 | $7,932 |
| 90 | Rice Store | $321.11 | 1.48 | 217 | $1,085 |
| 91 | XiaoMjia Store | | | | |
| 92 | Wiener Home Life Store | $88.56 | 5.64 | 16 | $79 |
| 94 | Unoflo Home Store Store | | | | |
| 95 | YaHi Home Store | | | | |
| 96 | Shop1102856948 Store | | | | |
| 98 | Marke Store | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 99 | Happiness Kitchenware Store | $40.70 | 0.99 | 41 | $206 |
| 100 | DailyHouse Store | | | | |
| 101 | MTOTM PRO Store | $98.91 | 0.99 | 100 | $500 |
| 103 | Samyoung Official Store | | | | |
| 104 | Shop1103810176 Store | | | | |
| 106 | Smile Life-Home Store | | | | |
| 107 | VERDIOS PRO Store | $397.52 | 9.79 | 41 | $203 |

Based on this supplemental briefing and evidence, Plaintiff respectfully requests the

Court to order the royalties calculated herein from the Schedule A defendants selling on

AliExpress.com.

Date: May 22, 2025

Respectfully submitted,

__/s/__Kendal M. Sheets
Kendal Sheets (VSB No. 44537)
ksheets@dnlzito.com
Tel: 703-489-8937
Joseph J. Zito (*pro hac vice*)
jzito@dnlzito.com
Tel. (202) 466-3500
DNL ZITO
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
Fax: (703) 997-7534

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2025, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will serve all counsel of record in this case.

          __/s/__ Kendal M. Sheets
          By: Ken Sheets
          Virginia bar number 44537