IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THOUSAND OAKS BARREL CO., LLC, | ) <br> ) <br> ) |
| *Plaintiff,* | ) <br> ) |
| v. | ) Case No. 1:24-cv-02080-AJT-LRV <br> ) |
| THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, | ) <br> ) <br> ) <br> ) |
| *Defendants.* | ) <br> ) <br> ) |

**ORDER**

This matter is before the Court on Plaintiff Thousand Oaks Barrel Co., LLC's Motion for Default Judgment as to 51 Defendants identified in the Motion, [Doc. No. 116] (the "Motion"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.[1] On December 9, 2025, Magistrate Judge Vaala issued a report with proposed findings of fact and recommendations, [Doc. No. 20] (the "R&R"). Magistrate Judge Vaala recommended that the Court: (1) grant the Motion, (2) enter default judgment against the Defaulting Defendants, (3) enter judgment by default in the amount totaling $70,782.00 against Defaulting Defendants according to a table setting out per-Defendant damages, (4) award Plaintiff an additional sum of reasonable attorneys' fees and costs and order them to file an application therefor, (4) convert the Court's preliminary injunction in favor of Plaintiff [Doc. No. 97] into a permanent injunction against the Defaulting Defendants, thereby

---

[1] Plaintiff initially sued 107 defendants but subsequently filed notices of voluntary dismissal as to all but the 51 Defendants addressed in this Order (the "Defaulting Defendants"). *See* [Dkt. Nos. 33, 37, 38, 39, 83, 96, 101, 104, 105, 107, 120].

1

enjoining them from further infringement of the Patent owned by Plaintiffs at issue in this case ("the '256 Patent"). *Id.* at 20-21. No objection was filed to the R&R.

The Court conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of Magistrate Judge Vaala. Accordingly, it hereby

**ORDERED** that the Motion [Doc. No. 116] be, and the same hereby is, **GRANTED**; and that judgment is entered against the Defaulting Defendants; and it is further

**ORDERED** that judgment by default in the amount totaling $70,782.00 is entered against Defaulting Defendants, in accordance with the table accompanying this order with an additional sum of reasonable attorneys' fees and costs in amounts to be determined by the Court; and it is further

**ORDERED** that Counsel for Plaintiff file with the Court no later than March 13, 2026, an application setting out the amount of attorneys' fees and costs they believe they are entitled to, and the legal and factual bases therefor; and it is further

**ORDERED** that the Defaulting Defendants are **ENJOINED** from continuing to infringe the '256 Patent, on the same terms as set out in the Court's Preliminary Injunction. [Doc. No. 97].

The Clerk is directed to enter judgment in accordance with this Order in favor of Plaintiff pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order to all counsel of record.

Alexandria, Virginia
February 25, 2026

Anthony J. Trenga
United States District Judge

| Defendant No. | Seller Name (Sch. A) | Seller ID | Infringing Units Sold | Calculated Royalty ($US) |
|---|---|---|---|---|
| 3 | FengQiLinLang | A3CMJ53MF27LJ3 | 143 | $715.00 |
| 7 | Moskiboly US | A3G3QDDEFSM9S3 | 2,963 | $14,815.00 |
| 9 | Ruihailu | A25BOKRFXR3NWL | 0 | $0.00 |
| 10 | BARREL & LEAF | A3O8HSUVYR2ZZX | 1 | $5.00 |
| 12 | THOMSELEUS | A2GWNN4OTZXPJZ | 0 | $0.00 |
| 14 | Hyper Bloom | A1L6QNSOOUZIDQ | 72 | $360.00 |
| 19 | Dignity Boutique | A15CW7NRR0SVVU | 296 | $1,480.00 |
| 22 | GOG Green | 6150105691219 | 11 | $55.00 |
| 23 | YU CONG | 634418214597549 | 140 | $700.00 |
| 24 | Golden Autumn October Event | 634418215897180 | 11 | $55.00 |
| 25 | Fadanny | 634418211294623 | 1 | $5.00 |
| 32 | J30655'shop | 634418210625550 | 63 | $315.00 |
| 35 | Legendary instrument | 634418211842521 | 68 | $340.00 |
| 37 | HK Atti | 634418211362971 | 13 | $65.00 |
| 38 | Qiaomi Shop | 634418210403311 | 94 | $470.00 |
| 45 | caleforra | 634418218336470 | 0 | $0.00 |
| 46 | CRILANO | 634418213150331 | 8 | $40.00 |
| 47 | private cipher | 634418217201730 | 1 | $5.00 |
| 48 | BIHAIT | 4947439556041 | 42 | $210.00 |
| 50 | Comfort Under | 634418210636175 | 0 | $0.00 |
| 57 | Biobubana Direct | 10001368266 | 20 | $100.00 |
| 59 | HualinWM store | 10001195973 | 28 | $140.00 |
| 63 | do2top | 1496799281 | 9 | $45.00 |
| 70 | shnoopshop | 2626309677 | 2 | $10.00 |

| Defendant No. | Seller Name (Sch. A) | Seller ID | Infringing Units Sold | Calculated Royalty ($US) |
|---|---|---|---|---|
| 74 | JR Bar Supplies Store | | 3,964 | $19,819 |
| 75 | Real Buy Buy Store | | | |
| 76 | Appeal Store | | 229 | $1,146 |
| 78 | Hysen Store | | | |
| 79 | RYRA Factory Direct Store | | | |
| 81 | XiaoHE Kitchen Store | | | |
| 83 | AliExpress Store | | 69 | $346 |
| 84 | Lemaw Store | | 51 | $255 |
| 85 | Boutique Home Furnishings. Store | | | |
| 86 | Choice Specialty Store | | | |
| 87 | Global Home Store | | 1,149 | $5,743 |
| 88 | GlasswareBarware Stuff Store | | 2,708 | $13,538 |
| 89 | Shopll04001944 Store | | 1,586 | $7,932 |
| 90 | Rice Store | | 217 | $1,085 |
| 91 | XiaoMjia Store | | | |
| 92 | Wiener Home Life Store | | 16 | $79 |
| 94 | Unoflo Home Store Store | | | |
| 95 | YaHi Home Store | | | |
| 96 | Shopll02856948 Store | | | |
| 98 | Marke Store | | | |
| 99 | Happiness Kitchenware Store | | 41 | $206 |

| Defendant No. | Seller Name (Sch. A) | Seller ID | Infringing Units Sold | Calculated Royalty ($US) |
|---|---|---|---|---|
| 100 | Dailyl-louse Store | | | |
| 101 | MTOTMPRO Store | | 100 | $500 |
| 103 | Samyoung Official Store | | | |
| 104 | Shopl103810176 Store | | | |
| 106 | Smile Life-Home Store | | | |
| 107 | VERDIOS PRO Store | | 41 | $203 |
| | | Total | 14,157 | $70,782.00 |