**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| Thousand Oaks Barrel Co. LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-02080 |
| | ) | (AJT/LRV) |
| | ) | |
| | ) | |
| The Unincorporated Associations Identified | ) | |
| in Schedule A | ) | |
| | ) | |
| Defendants. | ) | |

**<u>JUDGMENT</u>**

Pursuant to the order of this Court entered on 02/25/2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered by default in the amount totaling $70,782.00 against Defaulting Defendants.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
J. Lanham
Deputy Clerk

Dated: 02/25/2026
Alexandria, Virginia